[No. 26904-0-II. Division Two. June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD COLEMAN KANNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00558-1, Rosanne Buckner, J., entered December 21, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 27056-1-II. Division Two. June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY BRIAN KASBAUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04243-6, Karen L. Strombom, J., entered February 9, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27060-9-II. Division Two. June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON BRUCE GAMBILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-00171-7, Paul Boyle, J. Pro Tem., entered March 6, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27245-8-II. Division Two. June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE TELLA VELASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-00794-2, Christine A. Pomeroy, J., entered April 16, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.